# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO - CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-11109-JPS |
| STEVEN O. FITTRO, | Chapter 13 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee and not as counsel of record.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Bryan S. Fairman
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 13, 2018　　　　　　　　　　　　ALDRIDGE PITE, LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Bryan S. Fairman
　　　　　　　　　　　　　　　　　　　　　　Bryan S. Fairman
　　　　　　　　　　　　　　　　　　　　　　ALDRIDGE PITE, LLP
　　　　　　　　　　　　　　　　　　　　　　4375 Jutland Dr., Suite 200
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 17933
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92117-0933

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Telephone: (404) 994-7400
Facsimile: (888) 873-6147

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO - CLEVELAND DIVISION

| | |
|---|---|
| In re | Case No. 18-11109-jps |
| STEVEN O. FITTRO, | Chapter 13 |
| Debtor. | PROOF OF SERVICE |

I, Troy-John Brown, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia, 30305. I am over the age of eighteen years and not a party to this case.

On March 13, 2018, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES in said case by electronic means through the court's CM/ECF system or through United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2018  /s/ Troy-John Brown
  TROY-JOHN BROWN

**SERVICE LIST**

**DEBTOR
(VIA U.S. MAIL)**

Steven O. Fittro
4666 Michael Avenue
North Olmsted, OH 44070


**DEBTOR ATTORNEY
(VIA ELECTRONIC NOTICE)**

Whitney Kaster
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103
wkaster@dannlaw.com


**CHAPTER 13 TRUSTEE
(VIA ELECTRONIC NOTICE)**

Lauren A. Helbling
Chapter 13 Trustee
200 Public Square Suite 3860
Cleveland, OH 44114-2321
ch13trustee@ch13cleve.com